**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CECILLE Q. PAED, et al.,

10          Plaintiffs,                          No. C 15-01980 JSW

11   v.

12   WELLS FARGO BANK, N.A.,                     **SUA SPONTE ORDER OF**
                                                 **REFERRAL**
13          Defendant.
    _____/

14

15          Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above

16   captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Paed v.*

17   *Wells Fargo Bank, N.A.*, Case No. 12-3145 RS.  The hearings set for July 10, 2015 at 9:00 a.m.

18   and the case management conference set for July 31, 2015 at 11:00 a.m. are HEREBY

19   VACATED and shall be reset, if necessary, by further order of the Court.

20          **IT IS SO ORDERED.**

21

22   Dated: May 20, 2015                         _____
                                                 JEFFREY S. WHITE
23                                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28